## MYERS *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 96, September Term, 1963.]

*Decided March 11, 1964.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

For the reasons assigned by the lower court, this application for leave to appeal is denied.